Same case below, 368 Fed. Appx. 360.

Same case below, 31 So. 3d 1059.

**No. 10-5363. Ricky Dalton Walker, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 284, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 6858.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 375 Fed. Appx. 745.

**No. 10-5369. Gustavo Araujo-Rios, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 285, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 7072.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 779.

**No. 10-5364. Kurt B. Williams, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 917, 131 S. Ct. 284, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 7185.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 351 Fed. Appx. 252.

**No. 10-5370. Richard Steven Brown, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 285, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 6830.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 372 Fed. Appx. 643.

**No. 10-5372. John David Duty, Petitioner v. Randall G. Workman, Warden.**

562 U.S. 918, 131 S. Ct. 285, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 7064.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 366 Fed. Appx. 863.

**No. 10-5366. Demerris Walker, Petitioner v. Perry Phelps, Warden, et al.**

562 U.S. 917, 131 S. Ct. 284, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 6891.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5367. Charles K. Wallace, Petitioner v. Louisiana.**

562 U.S. 917, 131 S. Ct. 284, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 7079.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

**No. 10-5373. Marcus Bovarie, Petitioner v. George J. Giurbino, Warden.**

562 U.S. 918, 131 S. Ct. 285, 178 L. Ed. 2d 187, 2010 U.S. LEXIS 6987.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.